UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 08mj0441 |
| ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| GUILLERMO DIAZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

>United States Attorney's Office
>880 Front Street
>San Diego, CA  92101

Dated:  February 20, 2008          /s/  Erick  L.  Guzman
                                                                                             ERICK L. GUZMAN
                                                                                             Federal Defenders
                                                                                             225 Broadway, Suite 900
                                                                                             San Diego, CA 92101-5030
                                                                                             (619) 234-8467  (tel)
                                                                                             (619) 687-2666  (fax)
                                                                                             E-mail: erick_guzman@fd.org