# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs __Guillermo Diaz__ No. __08mj0441__

The Court finds excludable delay, under the section indicated by check (√),
commenced on __2/20/08__ and ended on __2/21/08__ ; (KM)
_____ and ended on _____ . ( )

| 3161(h) | | |
|---|---|---|
| ___(1)(A) | Exam or hrg for **mental or physical incapacity** | A |
| ___(1)(B) | **NARA exam**ination (28:2902) | B |
| ___(1)(D) | State or Federal trials or **other charges pending** | C |
| ___(1)(E) | **Interlocutory appeals** | D |
| ___(1)(F) | Pretrial motions (from flg to hrg or other prompt dispo) | E |
| ___(1)(G) | Transfers from other district (per FRCrP 20, 21 & 40) | F |
| ___(1)(J) | Proceedings under advisement not to exceed thirty days | G |
| ___ | Misc proc: Parole or prob rev, deportation, **extradition** | H |
| ___(1)(H) | **Transportation** from another district or to/from examination or hospitalization in ten days or less | 6 |
| ___(1)(I) | Consideration by Court of **proposed plea agreement** | 7 |
| ___(2) | **Prosecution deferred** by mutual agreement | I |
| ___(3)(A)(B) | Unavailability of defendant or essential witness | M |
| _X_(4) | Period of **mental or physical incompetence** of defendant to stand trial | N |
| ___(5) | Period of **NARA commitment or treatment** | O |
| ___(6) | **Superseding indictment** and/or new charges | P |
| ___(7) | **Defendant awaiting trial of co-defendant** when no severance has been granted | R |
| ___(8)(A)(B) | **Continuances** granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance | T |
| ___(8)(B)(I) | 1) Failure to grant a **continuance** in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. (Continuance - miscarriage of justice) | T1 |
| ___ | 2) Failure to grant a **continuance** of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. (Continuance - tendered a guilty plea) | |
| ___(8)(B)(ii) | 2) Case unusual or **complex** | T2 |
| ___(8)(B)(iii) | 3) Indictment following arrest **cannot be filed** in thirty (30) days | T3 |
| ___(8)(B)(iv) | 4) Continuance granted in order to obtain or substitute counsel, or give reasonable time to prepare (Continuance re counsel) | T4 |
| ___3161(I) | Time up to **withdrawal of guilty plea** | U |
| ___3161(b) | Grand jury indictment time extended thirty (30) more days | W |

Date __2-20-08__ _____
Judge's Initials